UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MOHAMMED NABI,<br><br>Petitioner,<br><br>v.<br><br>Samuel OLSON, Field Office Acting Director of Enforcement and Removal Operations, Chicago Field Office, Immigration and Customs Enforcement; Kerry J FORESTAL, Warden of the Marion County Jail; Kristi NOEM, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; Pamela BONDI, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br>Respondents. | Case No. 25-02404 |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of **LOUISE CARHART**, counsel for **NABI MOHAMMED,** for leave to appear and participate *pro hac vice* in the above-captioned cause only.  Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Louise Carhart
Kempster, Corcoran, Quiceno & Lenz- Calvo, Ltd.
332 S. Michigan Avenue, Suite 1428
Chicago, IL  60604
louisec@klc-ltd.com
(312) 341-9730

Date: 12/17/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF