UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NABI MOHAMMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-02404-TWP-MKK |
| ) | |
| SAMUEL OLSON Field Office Acting Director of ) Enforcement and Removal Operations, Chicago ) Field Office, Immigration and Customs ) Enforcement, ) KERRY J. FORESTAL Warden of the Marion ) County Jail, ) KRISTI NOEM Secretary, U.S. Department of ) Homeland Security, ) U.S. DEPARTMENT OF HOMELAND ) SECURITY, ) PAMELA BONDI U.S. Attorney General, ) EXECUTIVE OFFICE FOR IMMIGRATION ) REVIEW, ) ) Defendants. ) | |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on December 10, 2025, and issued final judgment that same day. Dkts. 12, 13. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Date: 1/21/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel