# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NABI MOHAMMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:25-cv-02404-TWP-MKK |
| ) | |
| SAMUEL OLSON Field Office Acting Director of ) Enforcement and Removal Operations, Chicago ) Field Office, Immigration and Customs ) Enforcement, ) KERRY J. FORESTAL Warden of the Marion ) County Jail, ) KRISTI NOEM Secretary, U.S. Department of ) Homeland Security, ) U.S. DEPARTMENT OF HOMELAND ) SECURITY, ) PAMELA BONDI U.S. Attorney General, ) EXECUTIVE OFFICE FOR IMMIGRATION ) REVIEW, ) ) Defendants. ) | |

## Amended Final Judgment

The Court has granted the petition for a writ of habeas corpus. That Order stated that within seven days of the Court's December 10, 2025, order, Respondents must either: (1) provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a); or (2) release Petitioner from custody, under reasonable conditions of supervision.

The Court now enters final judgment.

Date: 1/21/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

All Electronically Registered Counsel